DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL J. LEVARIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-0074 KJN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DISPOSITIONAL HEARING TO DECEMBER 21, 2011, AT 9:00 A.M. |
| v. | |
| MICHAEL J. LEVARIO, | Date: September 21, 2011<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through DAVID L. STEVENS, Assistant U.S. Attorney, and defendant, MICHAEL J. LEVARIO by and through his counsel, MICHAEL PETRIK, Assistant Federal Defender, that the dispositional hearing set for Wednesday, September 21, 2011 be continued to Wednesday, December 21, 2011 at 9:00 a.m.

Counsel for defendant requires further time to meet and confer with Mr. Levario and to prepare.

///

Stipulation and [Proposed] Order                                   10-cr-0074 KJN

1

Speedy trial time is to be excluded from the date of this order through the date of the dispositional hearing set for December 21, 2011 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: September 16, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant

Dated: September 16, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for David L. Stevens
_____
DAVID L. STEVENS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 21, 2011, in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE